ABRIL, PLAINTIFF AND APPELLEE, *v.* SAAVEDRA ET AL., DEFENDANTS AND APPELLANTS.

APPEAL from the District Court of Arecibo in an Action of Injunction to Recover Possession of Real Property.

No. 1256.—Decided July 29, 1915.

INJUNCTION—EVIDENCE—PASSION OR PREJUDICE.—In this case the only assignment of error is that the lower court erred in finding the facts to be in favor

of the plaintiff. *Held:* That while there is some conflict in the evidence it cannot be said that it does not sustain the judgment, and there being no indication whatever of passion or prejudice upon the part of the trial court its judgment should be affirmed.

The facts are stated in the opinion.

*Mr. Carlos Franco Soto* for the appellant.

*Messrs. Enrique González Mena* and *Juan B. Soto* for the appellee.

MR. JUSTICE HUTCHISON delivered the opinion of the court.

In the District Court of Arecibo, and in a petition for an "injunction to recover the physical possession of real estate" evidently filed under the authority of "An act to provide proceedings for the recovery of the possession of real property" approved March 13, 1913, petitioner, appellee, alleged in substance:

That she is the owner in fee of 43¼ *cuerdas* of land described in the petition, acquired by purchase from Julio Osvaldo Abril and of record in the registry of property; that possession was delivered upon the date of such purchase, the property remaining under lease to Quintín Saavedra Soler; that thereafter the said lessee was evicted in unlawful detainer proceedings, and plaintiff, having thus taken actual possession, placed the property in charge of Carmelo Piquet; that thereafter the defendants, Fráncisco and Bartolomé Saavedra Soler, forcibly and against the will of one Avelino Mercado, who had in turn been placed in charge of the property by Piquet, fenced a part of such property, to wit, 34¾ *cuerdas* thereof, thus by force and fraud segregating such portion from other lands of plaintiff and depriving her of the actual possession thereof and of access thereto; that the said parcel is planted to cane and that the said defendants had by the said violent and fraudulent means taken possession thereof, appropriating the same to their own use and benefit.

The petition closes with a prayer for a mandatory injunction ordering that plaintiff be restored to the actual posses-

sion of the 34¾ *cuerdas* of which she had been deprived by the defendants and that they be restrained from future acts of a similar nature tending to the disturbance of plaintiff in such possession.

The defendant Francisco Saavedra answered and a trial was had which resulted in a judgment for the plaintiff.

The only assignment of error is that the court erred in finding the facts to be in favor of plaintiff.

While there is some conflict in the evidence we cannot say that it does not sustain the judgment, and there is no indication whatever of passion or prejudice upon the part of the trial judge.

The judgment must be

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro and Aldrey concurred.